**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **GLOBAL TEL*LINK CORPORATION** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No.  3:14-CV-00829-K** |
| | § | |
| **SECURUS TECHNOLOGIES, INC.** | § | |
| | § | |
| **Defendant.** | § | |

---

**APPENDIX TO DEFENDANT SECURUS TECHNOLOGIES, INC.'S**
**CLAIM CONSTRUCTION BRIEF**

---

Defendant Securus Technologies, Inc. files this Appendix to Defendant Securus Technologies, Inc.'s Claim Construction Brief.

| Exhibit | Description | Appendix Number |
|---|---|---|
| 1 | Declaration of Robert E. Weitzel | 1-4 |
| A | U.S. Patent No. 7,551,732 | 5-14 |
| B | U.S. Patent No. 7,783,021 | 15-31 |
| C | U.S. Patent No. 8,509,736 | 32-97 |
| D | U.S. Patent No. 7,853,243 | 98-161 |
| E | File wrapper for U.S. Patent No. 7,551,732 | 162-504 |
| F | File wrapper for U.S. Patent No. 7,783,021 | 505-763 |
| G | File wrapper for U.S. Patent No. 8,509,736 | 764-1093 |
| H | File wrapper for U.S. Patent No. 7,853,243 | 1094-1483 |
| I | Exhibit B to *Defendant's Preliminary Proposed Claim Constructions and Identification of Extrinsic Evidence*, comprising:<br><br>*Computer Desktop Encyclopedia* | 1484-1538<br><br>1485 |

|  | *Dictionary.com* | 1486-1491 |
|---|---|---|
|  | *Encyclopedia Britannica* | 1492-1493 |
|  | *Maxwellbiometrics.com* | 1494 |
|  | *Merriam Webster's Collegiate Dictionary Tenth Edition* (2002) | 1495-1512 |
|  | *Newton's Telecom Dictionary 17th Edition* (2001) | 1513-1528 |
|  | *Newton's Telecom Dictionary 23rd Edition* (2007) | 1529-1532 |
|  | *Random House Unabridged Dictionary* (1997) | 1533 |
|  | *Collins English Dictionary – Complete and Unabridged (1999-2003)* | 1533 |
|  | *The American Heritage Dictionary of the English Language 4th Edition* (2000) | 1533 |
|  | *Webster's New World College Dictionary Fourth Edition* (2002) | 1535-1538 |
| **J** | *Global Tel\*Link Corporation's Preliminary Claim Constructions and Extrinsic Evidence* | 1539-1716 |

Respectfully Submitted,

*/s/ Anthony J. Magee*

**G. Michael Gruber**
State Bar No. 08555400
mgruber@ghjhlaw.com
**Anthony J. Magee**
State Bar No. 00786081
amagee@ghjhlaw.com
**Robert E. Weitzel**
State Bar No. 24070823
rweitzel@ghjhlaw.com
**Gruber Hurst Johansen Hail Shank LLP**
1445 Ross Avenue, Suite 2500
Dallas, Texas 75202
Telephone: 214-855-6800
Fax: 214-855-6808

*Attorneys for Defendant*
*Securus Technologies, Inc.*

### CERTIFICATE OF SERVICE

I hereby certify that on November 19, 2014, Defendant electronically filed the foregoing document with the Clerk of the Court, using the CM/ECF system, which will send certification of such filing to all counsel.

*/s/ Anthony J. Magee*