**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| GLOBAL TEL*LINK CORPORATION, | § | |
| | § | |
| *Plaintiff,* | § | CIVIL ACTION NO. |
| | § | |
| v. | § | 3:14-CV-00829-K |
| | § | |
| SECURUS TECHNOLOGIES, INC. | § | **ECF** |
| | § | |
| *Defendant.* | § | |
| | § | |

**APPENDIX TO PLAINTIFF GLOBAL TEL*LINK CORPORATION'S
RESPONSIVE CLAIM CONSTRUCTION BRIEF**

Plaintiff Global Tel*Link Corporation hereby submits this Appendix to Plaintiff Global Tel*Link Corporation's Responsive Claim Construction Brief.

| <u>Description</u> | <u>Appendix Number</u> |
|---|---|
| Securus Technologies, Inc. Bid 03191-12 for Inmate Pay Telephones made to Collin County Texas (July 9, 2012) (excerpt) | App. 011-015 |
| U.S. Patent No. 8.099,080 (Jan. 17, 2012) | App. 016-030 |

Dated: December 10, 2014

Respectfully submitted,

*/s/ J.C. Rozendaal*

J.C. Rozendaal (*pro hac vice*)
Courtney S. Elwood (*pro hac vice*)
Evan T. Leo (*pro hac vice*)
Christopher C. Funk (*pro hac vice*)
KELLOGG, HUBER, HANSEN, TODD,
  EVANS & FIGEL, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, DC 20036
Tel: (202) 326-7900
Fax: (202) 326-7999

E. Leon Carter
Texas State Bar No. 03914300
lcarter@carterscholer.com
John Steven Torkelson
Texas State Bar No. 00795154
jtorkelson@carterscholer.com
Linda R. Stahl
Texas State Bar No. 00798525
lstahl@carterscholer.com
Sheria D. Smith
Texas State Bar No. 24075097
ssmith@carterscholer.com
CARTER SCHOLER ARNETT
  HAMADA & MOCKLER PLLC
8150 N Central Expressway
Fifth Floor
Dallas, TX 75206
Tel: (214) 550-8188
Fax: (214) 550-8185

*Counsel for Plaintiff Global Tel\*Link
Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on December 10, 2014, Plaintiff electronically filed the foregoing document with the Clerk of the Court, using the CM/ECF system, which will send certification of such filing to all counsel of record.

*/s/ J.C. Rozendaal*

# Table of Contents

Transmittal Letter ..................................................................................................................1

Executive Summary ..............................................................................................................2

Firm Overview ....................................................................................................................12

Proposed Project Team/Staff Qualifications/Experience/Credentials ..........................20

Proposed Products/System Services ................................................................................28

References ..........................................................................................................................285

Time Schedule ...................................................................................................................287

Financial Offer ..................................................................................................................299

Supporting Materials .......................................................................................................307

   1. Catalog Cut Sheets

   2. Sample Secure Call Platform Reports

   3. Texas Public Utilities Commission Price List

   4. Texas Public Utilities Commission Predominant Carriers

   5. Sample Commission Report

   6. Descriptive Literature

   7. Integrity Pledge

Financial Statements .........................................................................................................425

Other Projects Involved With ..........................................................................................426

Future Development ..........................................................................................................428

Submittal Reminder List ..................................................................................................429

© 2012 Securus Technologies, Inc. All rights reserved.

**App 011**

# Transmittal Letter

July 9, 2012

Sara Hoglund CPPB
Contract Administrator
Collin County Purchasing Department
2300 Bloomdale, Road, Suite 3160
McKinney, Texas 75071
shoglund@co.collin.tx.us

RE: Bid 03191-12 for Inmate Pay Telephones

Dear Ms. Hoglund and members of the evaluation committee,

Securus Technologies, Inc. is pleased to submit our response to Bid 03191-12 to Collin County for Inmate Pay Telephone Services. You will find enclosed our detailed responses to the questions posed in your bid, in addition to other capabilities available to Collin County through Securus.

As your former provider, and from a review of your bid, we have identified the following needs that we have described in further detail in our bid response.

- An experienced provider local to Collin County, and committed to maintaining our integrity; the attached Integrity Pledge demonstrates that Securus will meet the County's stated intention of awarding to a provider with a satisfactory record of integrity and ethics) per requirement 1.19.4).

- Web-based applications to enhance investigations and better protect the public

- Increased staff efficiency and investigative capabilities through technology and automation

- Account support through sales, maintenance and customer service to Collin

- Minimal interruption during installation

- Maximize revenue potential and return to Collin County

We have provided a comprehensive inmate telecommunications solution that will provide Collin County unmatched administrative, investigative, and financial benefits, while providing local dedicated 24 x 7 customer service and top priority on the safety and security of your facility and the general public, while still fostering the important relationships between inmates and their friends and family members.

This offering will provide you new technology and greatly expanded system capability.  Securus is a national industry leader serving more than 2,200 facilities nationwide including over 215 facilities in Texas, including Texas Department of Corrections.  Securus maintains the largest field service staff in the southwest and our service is unparalleled by any vendor.  We have three Field Service



Technicians within an hour of Collin County. We believe this offering for your facility will provide state-of-the-art service and greatly enhance your capabilities.

Additionally, your Inmate Telephone Solutions will constantly be updated at no cost to you throughout the term of our agreement with the County, thus preventing the system from ever becoming out of date or obsolete.

We have the distinct advantage of being the manufacturer of the Secure Calling Platform (SCP) proposed in our offer. This Securus advantage enables us to ensure a smooth transition in maintaining inmate telephone calling privileges with no significant impact to the inmates and the facility staff.

Securus is dedicated to our role as a partner to law enforcement and is working to deploy many applications dedicated to assisting our partners in improving facility efficiencies as well as resolving issues around overcrowding, budget shortfalls, staffing shortages and overall community safety.

We are confident in our proposed solution to Collin County and we believe we can exceed your expectations for the provision of inmate telephone service.  A partnership with Securus will provide Collin County with greater revenues, improved security, and improved investigative capabilities.

Heather Barthlow and Lisa Weaver are responsible for the Collin County Program presented in our proposal. Heather Barthlow will be your contact to provide answers to any questions that the County may have. Heather can be contacted by phone at 214-498-9119 or by email at hbarthlow@securustech.net.

We thank you for your consideration of the attached proposal and look forward to the opportunity of beginning a mutually beneficial relationship with Collin County and its constituents as your prime contractor for inmate telephone services..

Sincerely,

Robert E. Pickens, Chief Operating Officer
Securus Technologies, Inc.
14651 N. Dallas Parkway, Suite 600
Dallas, Texas 75254
972-277-0300
bpickens@securustech.net

Heather Barthlow
Sales Vice President
14651 N. Dallas Parkway, Suite 600
Dallas, Texas 75254
214-498-9119
hbarthlow@securustech.net

- Find unique patterns in communication data
- Combine all the data into a single system to analyze
- Harvest all of this information with enhanced reporting tools

Securus' Threads is an exclusive investigative technology that no other provider can offer to the correctional industry.  Threads will be available as an optional product and empowers Collin County with the latest in investigative technology and one of the most powerful tools in the intelligence community.

> Collin County is open to options available regarding Transcription and Translation software. Please describe options available.

✎ **Securus has read, understands, and complies.**

Securus understands that Addendum #1 added this requirement.

While we are unable to implement this feature directly, Securus will work with Collin County to implement this optional solution through Docsoft.

We have reviewed all of the available solutions on the market today and Docsoft provides the most capable and user-friendly solution. The Docsoft solution also includes a Spanish language package for bilingual translations.

## About the Docsoft Solution

Docsoft is a leading provider of audio video (AV) search and captioning systems. By leveraging the capabilities of speech recognition, Docsoft provides software and hardware tools that will allow Clarke County to quickly and easily find subject matter within digital audio and video files and produce transcripts of those files—without the need to outsource to a captioning service. The Docsoft Solution will reduce the time and complexity associated with producing transcripts and increase the "findability" of archived media.

The Docsoft:AV is an automated solution that creates transcripts from stored digital audio and video files. Other systems require some human interaction to create the transcripts. Once the transcripts have been created, the output format needed for the target application is produced and placed automatically in the preconfigured location.

Computer-based speech-to-text software is not perfect, but Docsoft provides a unique software program called the Docsoft:TE that works with the output from the Docsoft:AV appliance expediting the correction process. It plays the media file and displays the transcript so that an editor can correct the transcript faster than using standard word-processing techniques. To our knowledge, no other software on the market today offers the feature set found in the Docsoft:TE to edit and clean up transcripts. Also, no other product will work as closely with the Docsoft:AV generated transcripts as the Docsoft:TE does. This feature is particularly important due to the transcription of recorded calls between detainees/residents from a correctional facility where the quality of recording is subject to the inherent noise of a facility generated telephone call.

The Docsoft:AV Search System has been designed for searching audio and video files across the network. Its audio mining capabilities allow the tool to perform functionality such as

- Searching the spoken words in audio video files.

- Automatically generated closed caption playback.

- Automatically generated text transcripts.

- Playback from the exact time in the file the word is spoken.

The Docsoft Audio Video Search Solution (Docsoft:AVS) provides the most comprehensive AV search solution available by combining the capabilities of the Docsoft:AV speech conversion appliance and the Docsoft:SA context-sensitive search appliance. With Docsoft:AVS the actual spoken content within audio and video files is easily found and retrieved at the exact moment in the AV file the word(s) were spoken. Through the use of Docsoft's appliance architecture Docsoft:AVS provides a truly powerful, turn-key solution to AV search.

> 5.90     Visitation Phones
>
> Collin County is open to options available regarding the recording of Visitation Phones. The County currently utilizes Atlas Sound Visitation phones, part #CE-2A-AC. Number of handsets include: Jail – 66 plus 12 attorney visitation, Minimum Security – 29, Juvenile 10 plus 1 attorney visitation. Please describe options available.

✔  **Securus has read, understands, and complies.**

Securus understands that Addendum #1 added this requirement.

Created in the Securus Development Center in Dallas, TX, the Visitation Phone Monitoring (VPM) technology monitors and records all inmate visitation conversations, using Securus' efficient, solid-state SCP system.

## Visitation Phone Monitoring

SCP controls Securus' VPM system, which features:

- Anti-tamper screws on a stainless steel wall plate
- Spiral-wound stainless steel armored cable
- Anti-tamper transmitter/receiver installed in a small enclosure

The system is one of the most secure in the industry. site administrators use the system to record and monitor attempts to defraud, coerce, blackmail, intimidate, harass, or bribe individuals. Investigators find the system an ideal tool to search for or track leads pertaining to criminal activity or to the commission of a crime.

VPM incorporates digital technology to allow for efficient voice recording and state-of-the-art monitoring of single-line telephones. VPM features include:

- Software that is scalable and upgradeable



© 2012 Securus Technologies, Inc. All rights reserved.
**App 015**



US008099080B1

(12) **United States Patent**
Rae et al.

(10) **Patent No.:** **US 8,099,080 B1**
(45) **Date of Patent:** **Jan. 17, 2012**

(54) **WIRELESS COMMUNICATIONS CONTROL IN A CONTROLLED ENVIRONMENT FACILITY**

(75) Inventors: **Robert L. Rae**, Plano, TX (US); **Peter Keahon**, Dallas, TX (US); **Michelle L. Polozola**, Richardson, TX (US)

(73) Assignee: **Securus Technologies, Inc.**, Dallas, TX (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 1408 days.

(21) Appl. No.: **11/356,734**

(22) Filed: **Feb. 17, 2006**

(51) **Int. Cl.**
*H04M 1/66* (2006.01)

(52) **U.S. Cl.** .................. **455/411**; 455/404.2; 455/456.1; 455/410; 340/571; 340/581; 379/189; 701/209

(58) **Field of Classification Search** .................. 455/410, 455/411, 435, 456, 404.2, 456.1, 423; 340/573.4, 340/571, 581; 379/189; 709/209
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,305,468 A | 4/1994 | Bruckert et al. | |
| 6,085,096 A | 7/2000 | Nakamura | |
| 6,128,507 A | 10/2000 | Takai | |
| 6,188,883 B1 | 2/2001 | Takemura | |
| 6,343,213 B1 | 1/2002 | Steer et al. | |
| 6,438,385 B1 | 8/2002 | Heinonen et al. | |
| 6,490,455 B1 | 12/2002 | Park et al. | |
| 6,496,104 B2 | 12/2002 | Kline | |
| 6,832,093 B1 | 12/2004 | Ranta | |
| 7,042,992 B1 | 5/2006 | Falcone et al. | |
| 7,102,509 B1 * | 9/2006 | Anders et al. | 340/539.13 |
| 7,142,524 B2 | 11/2006 | Stanforth et al. | |
| 7,372,949 B1 | 5/2008 | Kurth et al. | |
| 7,463,907 B2 | 12/2008 | Smith et al. | |
| 7,545,795 B2 * | 6/2009 | Hinsey | 370/350 |
| 7,899,167 B1 | 3/2011 | Rae | |
| 2001/0036821 A1 * | 11/2001 | Gainsboro et al. | 455/410 |
| 2002/0016180 A1 | 2/2002 | Derosier et al. | |
| 2005/0068169 A1 * | 3/2005 | Copley et al. | 340/539.13 |
| 2006/0030318 A1 | 2/2006 | Moore et al. | |
| 2006/0063523 A1 | 3/2006 | McFarland | |
| 2006/0180647 A1 * | 8/2006 | Hansen | 235/375 |
| 2008/0129457 A1 * | 6/2008 | Ritter et al. | 340/10.1 |

OTHER PUBLICATIONS

PCT, International Preliminary Report on Patentability, Jul. 2, 2009, International Bureau of WIPO, Geneva, Switzerland.
Viola, et al., "Information Management and Movement System and Method," U.S. Appl. No. 10/135,878, filed Apr. 29, 2002, now abandoned.

(Continued)

*Primary Examiner* — Nick Corsaro
*Assistant Examiner* — Quan Hua
(74) *Attorney, Agent, or Firm* — Fogarty, L.L.C.

(57) **ABSTRACT**

Systems and methods which facilitate wireless communications within a controlled environment in a controlled manner are shown. Embodiments operate to recognize wireless communications, whether voice, text, video, or data, terminating within a controlled environment facility and control one or more aspects of the communication using a call processing platform or other communication control system. In addition to providing a higher percentage of calls completed calls, embodiments of the invention provide improved investigatory tools for the controlled environment facility through controlling, monitoring, redirecting, and/or interrupting wireless communications. Embodiments deploy one or more wireless communication nodes in association with a call processing platform operating in association with the controlled environment facility, such that wireless communications passing through the wireless communication nodes are subject to call processing by the call processing platform.

**33 Claims, 3 Drawing Sheets**



**US 8,099,080 B1**

Page 2

OTHER PUBLICATIONS

Sidler, et al., "Systems and Methods for Acquiring, Accessing, and Analyzing Investigative Information," U.S. Appl. No. 11/182,625, filed Jul. 15, 2005, now abandoned.

Viola, et al., "Information Management and Movement System and Method," U.S. Appl. No. 10/720,848, filed Nov. 24, 2003, now abandoned.

Falcone, et al., "Systems and Methods for Transaction Authorization Determination," U.S. Appl. No. 10/360,442, filed Feb. 7, 2003, now abandoned.

Viola, et al., "Information Management and Movement System and Method," U.S. Appl. No. 10/720,732, filed Nov. 24, 2003, now abandoned.

* cited by examiner



*FIG. 1*



*FIG. 2*

App 018

*FIG. 3A*



*FIG. 3B*



US 8,099,080 B1

**1**

# WIRELESS COMMUNICATIONS CONTROL IN A CONTROLLED ENVIRONMENT FACILITY

## CROSS-REFERENCE TO RELATED APPLICATIONS

The present application is related to co-pending and commonly assigned U.S. patent application Ser. No. 10/135,878 entitled "Information Management and Movement System and Method," filed Apr. 29, 2002, Ser. No. 10/642,532 entitled "Centralized Call Processing," filed Aug. 15, 2003, Ser. No. 10/720,732 entitled "Information Management and Movement System and Method," filed Nov. 24, 2003, Ser. No. 10/720,848 entitled "Information Management and Movement System and Method," filed Nov. 24, 2003, Ser. No. 11/182,625 entitled "Systems and Methods for Acquiring, Accessing, and Analyzing Investigative Information," filed Jul. 15, 2005, Ser. No. 10/646,638 entitled "System and Method for Remote Call Forward Detection and Treatment," filed Aug. 22, 2003, Ser. No. 10/360,248 entitled "System and Method for Account Establishment and Transaction Management using Interrupt Messaging," filed Feb. 7, 2003, and Ser. No. 10/360,442 entitled "Systems and Methods for Transaction Authorization Determination," filed Feb. 7, 2003 the disclosures of which are hereby incorporated herein by reference.

## TECHNICAL FIELD

The present invention relates generally to wireless communications and, more particularly, to controlling wireless communications in a controlled environment facility.

## BACKGROUND OF THE INVENTION

Controlled environment facilities, such as prison facilities, hospitals, nursing homes, and camps, often implement a certain amount of control with respect to various activities and transactions involving residents thereof. For example, communications into or out of such controlled environment facilities may be controlled, monitored, redirected, and/or interrupted at the direction of controlled environment facility management for security and/or business reasons.

In a prison facility, for example, telephone calls to and from inmates are typically tightly controlled and closely monitored. Accordingly, various call processing platforms have been implemented through which inmate calls into and out of a prison facility are controlled, recorded, and monitored. Such call processing platforms generally comprise a number of ports through which telephone trunks of the public switched telephone network (PSTN) are coupled to analog telephone lines associated with telephone terminals disposed in inmate accessible areas of the prison facility. Before one of the telephone terminals disposed in inmate accessible areas of the prison facility are placed in communication with the PSTN, logic of the call processing platform will make a validation determination with respect to whether the call is to be connected, such as to determine if calls are allowed at the time of the call, if calls are allowed to or from the particular telephone terminal, etcetera.

Wireless communications devices, such as cellular telephones, provide a means by which residents of a controlled environment facility may establish communications which do not pass through a call processing platform of the controlled environment facility. For example, although disposed within the confines of a prison facility, an inmate may use a

**2**

cellular telephone to call an individual outside of the prison facility without the call being detected or controlled by a prison facility call processing platform. It is believed that between 1-10% of all calls being completed from prison facilities in the United States are presently being made using contraband cellular telephones. Such calls may present a security risk, may defeat a business goal of the controlled environment facility, etcetera.

For example, calls from contraband wireless devices are not being recorded, monitored, or controlled. Accordingly, there is a potential for harassment with calls being made to restricted numbers (e.g., victims, witnesses, judges, etcetera), the coordination of external/internal illegal business operations from within the facility, gang activity being coordinated from within facilities, riots or other activities being coordinated within and between facilities, and/or the general loss of command and control by facility leadership. Without the calls being monitored and recorded, calls made with contraband wireless devices reduce the effectiveness of the investigatory process.

Moreover, a controlled environment facility and/or service provider may have expended appreciable amounts of capital and resources to deploy a call processing system for safely and securely facilitating the privilege of residents placing and receiving calls. It may be expected that this investment is to be recouped through a surcharge or tariff on all resident's calls placed into or out of the controlled environment facility. However, as calls made using contraband cellular telephones bypass the call processing platforms typically relied upon to implement such a surcharge or tariff, the controlled environment facility and/or service provider may be unable to recover expected costs.

Accordingly, cellular telephones and other wireless communication devices are often prohibited within controlled environment facilities. In particular, the possession of wireless devices is prohibited in all prison facilities in the United States, and possession of wireless devices is a felony in three states. However, inmates have proven resourceful in having cellular telephones, or the components thereof, brought into prison facilities for use in placing and receiving unauthorized communications.

Various attempts have been made in addition to the aforementioned legal deterrents to discourage the use of wireless communications devices in controlled environment facilities. For example, prison facilities have often utilized thorough and concentrated searches, often referred to as "shakedowns," to find contraband items including wireless communication devices within the facility. However, such searches are highly resource dependent. With budget dollars becoming tighter every year, this correctional officer function is competing against many other responsibilities and appears to be losing emphasis. Some prison facilities have utilized detecting devices to reduce the manpower and/or increase the effectiveness of attempts to locate wireless devices within the facility. However, such detecting devices generally require expensive technology to be deployed that still require a significant of administration and/or correctional officer time for monitoring and intervention.

Additionally, transmission of interference signals to block wireless communications has been suggested to discourage or prevent the use of wireless communications in controlled environment facilities. However, transmission of interference signals is problematic for a number of reasons. Radio spectrum is highly regulated in most countries and the transmission of interference signals is often prohibited or highly regulated in order to prevent arbitrary interruption of wireless communication. Moreover, some wireless communications

US 8,099,080 B1

3

technologies, such as spread spectrum code division multiple access (CDMA), are resistant to interference, often requiring broadband high energy interference signals in order to achieve meaningful blocking of communications. Such interference signals are costly and difficult to generate and effectively illuminate a controlled environment facility to provide effective blocking of communications.

Another attempt to discourage the use of wireless communications devices in secure areas is shown in United States patent publication number US 2002/0016180 A1 to Derosier (hereinafter Derosier). Derosier teaches the use of control signals to cause a cellular telephone to lower its transmission power so that transmissions from the cellular telephone do not reach any corresponding surrounding base stations. Such technology may be utilized to block cellular telephone use without substantial administration and/or correctional officer interaction. However, such technology does not provide any information with respect to the location of the cellular telephone or its attempted use.

BRIEF SUMMARY OF THE INVENTION

The present invention is directed to systems and methods which facilitate wireless communications within a controlled environment in a controlled manner. Embodiments of the present invention operate to recognize wireless communications, whether voice, text, video, or data, terminating within a controlled environment facility, whether outbound or inbound, and control one or more aspects of the communication using a call processing platform or other communication control system.

Embodiments of the invention provide a controlled alternative for wireless communication within a controlled environment facility, such as a prison facility (e.g., jail, stockade, prison, penitentiary, etcetera), hospitals, nursing homes, camps, and/or the like, that otherwise would not be permitted and may have actively been prevented. In addition to providing a higher number of calls through a call processing platform, thereby increasing revenues for the service provider and/or commissions for the controlled environment facility, embodiments of the invention provide improved investigatory tools for the controlled environment facility through controlling, monitoring, redirecting, and/or interrupting wireless communications. Accordingly, embodiments operate to provide expanded communications opportunities for the residents of controlled environment facilities while expanding both investigatory and revenue potential for the facility. Moreover, using systems and methods of the present invention, law enforcement is provided a choice in how wireless connections are managed within a controlled environment facility.

In facilitating wireless communications within a controlled environment facility, embodiments of the present invention deploy one or more wireless communication nodes, such as may comprise a wireless base station, a wireless micro-cell, a wireless pico-cell, and/or the like, in association with a controlled environment facility. Such wireless communication nodes are adapted to "illuminate" (i.e., provide radio frequency (RF) signal coverage) areas of the controlled environment facility occupied by residents, such as prison cells or rooms, common areas, lounges, dining facilities, offices, exercise rooms, grounds, and/or the like. The wireless communication nodes are preferably in communication with a call processing platform operating in association with the controlled environment facility, such that wireless communications passing through the wireless communication nodes are subject to call processing by the call processing platform.

4

Wireless communication devices, such as cellular telephones, personal digital assistants (PDAs), wireless network devices (e.g., a personal computer having a wireless local area network (WLAN) network interface), two-way pagers, press-to-talk personal communication services (PCS) devices, etcetera, will preferably establish communications with a wireless communication node of the present invention due to the wireless communication node providing a best signal, being the nearest wireless access point, providing the strongest or only signal within the controlled environment facility, etcetera. Accordingly, communications terminating with a resident's wireless communication device may be controlled, monitored, recorded, redirected, interrupted, released, etcetera in accordance with the call processing platform algorithms.

Wireless communication nodes of embodiments of the invention adapt the radiation pattern of an antenna system thereof to adequately cover desired areas within the associated controlled environment facility (e.g., all areas of the controlled environment facility accessible by residents and/or personnel). For example, using multiple directional beam antenna systems, phased array antenna systems, adaptive array antenna systems, and/or the like, wireless communication nodes of embodiments adequately illuminate desired areas within the controlled environment facility (e.g., penetrate walls, cover multiple levels or floors, cover perimeter areas, etcetera) to facilitate wireless communications according the present invention. Such radiation patterns are preferably carefully controlled to provide the aforementioned desired coverage without illuminating areas external to the controlled environment facility sufficiently to cause undesired interference or interaction with wireless devices utilized external to the controlled environment facility.

Embodiments of the invention place a call processing platform operating in association with the controlled environment facility in communication with a wireless communication network access point, such as a cellular network base station. Accordingly, where such a wireless communication network access point illuminates all or any portion of a controlled environment facility, wireless communications utilizing the network access point terminating with a resident's wireless device may be controlled in accordance with the call processing platform algorithms. The use of wireless communication network access points in providing wireless communications with respect to controlled environment facilities according to embodiments of the invention may be in addition to or in the alternative to the use of the aforementioned wireless communication nodes.

Irrespective of how wireless communication links are provided within a controlled environment facility (e.g., whether provided by wireless communication network access points, by wireless communication nodes, or combinations thereof), embodiments of the present invention may operate to facilitate wireless communications in a variety of modes. For example, embodiments of the invention may operate in a stealth mode such that a wireless device communication is completed without a party to the communication realizing the communication has been handled by a controlled environment facility call processing system. In such a stealth mode various controlled environment call processing features, such as call interception, recording, monitoring, locating, re-routing, etcetera, may be implemented without the calling and/or called party's knowledge. Additionally or alternatively, a public mode may be provided to announce or otherwise make public that wireless communications or particular wireless communications are subject to control (e.g., including interception, recording, monitoring, locating, re-routing, etcetera) by a controlled environment facility call processing system.

**App 022**

US 8,099,080 B1

5

Embodiments of the invention may additionally or alternatively operate in a conversion mode such that wireless device communications within the controlled environment are converted to operation according to other communications processed by a controlled environment facility call processing system. Accordingly, wireless devices, whether or not such wireless devices are a priori known to the call processing system, may operate essentially as another station of the controlled communication services when disposed in areas of the controlled environment facility.

It should be appreciated that embodiments of the present invention may leverage the use of call processing systems already deployed for use with respect to wireline communications. For example, a wireless call may be treated using the same algorithms as a wireline call, such as to determine if the called and/or calling number is allowed, to determine if calls are allowed at the current time of day, to determine if an account is available for funding the account, to determine if the call is to be recorded, to determine if an investigator should be notified of or placed on the call, etcetera.

Additionally or alternatively, a call processing platform may implement call treatment algorithms unique to wireless communications. For example, a call processing platform may be adapted according to embodiments of the invention to identify particular wireless communication devices, such as through reference to an electronic serial number (ESN), mobile identification number (MIN), electronic address (e.g., telephone number, electronic mail address, uniform resource locator (URL), internet protocol (IP) address, etcetera), and/or the like and to prevent communications using wireless devices which are not properly registered with the call processing platform. Communications to or from such unregistered wireless communication devices may be redirected to a system, such as may comprise an agent, an interactive voice response (IVR) unit, a text message delivery unit, etcetera, to provide one or more parties to the communication information with respect to why the communication is not being completed and/or how the wireless device may be registered or how a registered wireless device may be obtained. Additionally or alternatively, call processing platforms of the present invention may operate to collect information, such as a location of the wireless communication device within the controlled environment facility (such as may be determined using radio location techniques, directional antenna beam information, global positioning system (GPS) information available from the wireless communication device, etcetera), a dialed number, a voice sample of a party attempting the call, and/or the like, for investigative purposes while either allowing or blocking a wireless communication attempt associated with unregistered wireless communication devices. Embodiments of the invention may operate to display messages on the wireless device to indicate that the device is in a controlled state. Likewise, messages may be appended to communications made using wireless devices, such as to announce that the device is being operated in a controlled area and communications are subject to tracing, monitoring, and recording.

According to embodiments of the invention, wireless communication services may continue to be offered and provided to residents of the controlled environment facility using a registered wireless communication device by the service provider after the resident leaves the controlled environment facility. Accordingly, not only may wireless communications be facilitated in association with a controlled environment facility according to the present invention, but wireless communications independent of the controlled environment facility may also be facilitated.

6

The foregoing has outlined rather broadly the features and technical advantages of the present invention in order that the detailed description of the invention that follows may be better understood. Additional features and advantages of the invention will be described hereinafter which form the subject of the claims of the invention. It should be appreciated that the conception and specific embodiment disclosed may be readily utilized as a basis for modifying or designing other structures for carrying out the same purposes of the present invention. It should also be realized that such equivalent constructions do not depart from the invention as set forth in the appended claims. The novel features which are believed to be characteristic of the invention, both as to its organization and method of operation, together with further objects and advantages will be better understood from the following description when considered in connection with the accompanying figures. It is to be expressly understood, however, that each of the figures is provided for the purpose of illustration and description only and is not intended as a definition of the limits of the present invention.

BRIEF DESCRIPTION OF THE DRAWING

For a more complete understanding of the present invention, reference is now made to the following descriptions taken in conjunction with the accompanying drawing, in which:

FIG. 1 shows a block diagram of a controlled environment facility call processing system wherein a wireless communication device is operable to avoid communication processing treatment;

FIG. 2 shows a block diagram of a controlled environment facility call processing system adapted to provide communication processing treatment with respect to wireless communication devices according to an embodiment of the present invention; and

FIGS. 3A and 3B show detail with respect to call processing system architectures as may be implemented with respect to the call processing system of FIG. 2.

DETAILED DESCRIPTION OF THE INVENTION

To aid in understanding of the concepts of the present invention, embodiments will be described herein with reference to a prison facility. It should be appreciated, however, that the present invention is not limited to application with respect to prison facilities and may readily be applied to a variety of controlled environment facilities, such as hospitals, nursing homes, camps, dormitories, campuses, etcetera.

Directing attention to FIG. 1, a block diagram illustrating how a wireless communication device within a controlled environment facility may avoid communication processing treatment by a communication processing platform is shown. Specifically, cellular telephone 123 is shown disposed within prison facility 100. Although prison facility 100 has call processing platform 110 deployed in association therewith, providing call processing with respect to user terminals 121-1 through 121-N, cellular telephone 123 is able to establish wireless communications with network 130, such as may comprise the public switched telephone network (PSTN), the Internet, a local area network (LAN), a metropolitan area network (MAN), a wide area network (WAN), etcetera, without the communication being directed through, detected by, or controlled by call processing platform 110. Specifically, cellular telephone 123 is disposed in cell (service area or radiation pattern) 141 associated with cellular base station 140. Base station 140 is coupled to network 130 through

US 8,099,080 B1

7

traditional means, such as via mobile switching office (MSO) **142**. Cellular telephone **123** may thus place and/or receive calls or otherwise communicate with user terminals **131**-**1** through **131**-P disposed external to prison facility **100**.

Referring now to FIG. **2**, a block diagram illustrating a call processing system adapted to facilitate wireless communications with respect to a controlled environment facility according to an embodiment of the present invention is shown. Specifically, call processing platform **210** of the illustrated embodiment includes wireless/wired enabled interface **211** to support interfacing with and/or processing wireline and wireless communication devices. It should be appreciated that, although cellular telephone **123** is shown as the wireless user terminal illustrated in FIG. **2**, any form of wireless communication device (e.g., wireless PDAs, wireless computers, two-way pagers, press-to-talk PCS devices, etcetera) may be supported by embodiments of the present invention. Moreover, it should be appreciated that wireless communications supported according to embodiments of the invention are not limited to voice communications and, therefore, may include text messaging, short message service (SMS), instant messaging (IM), multi-media communications, facsimile transmission, electronic mail, electronic document and/or file transmission, etcetera.

User terminals **121**-**1** through **121**-N are coupled to call processing platform **210**, in the illustrated embodiment via wireless/wired enabled interface **211**, and communications originating from and/or directed to these user devices are controlled by logic of call processing platform **210**. Wireless user terminals are also coupled to call processing platform **210** of the illustrated embodiment via wireless/wired enabled interface **211** so that communications originating from and/or directed to these user devices are controlled by logic of call processing platform **210**. Additional detail with respect to controlling or otherwise processing calls using call processing systems is provided in the above reference patent applications entitled "Information Management and Movement System and Method," "Centralized Call Processing," and "Systems and Methods for Acquiring, Accessing, and Analyzing Investigative Information." Additional detail with respect to embodiments of call processing platform **210** adapted according to embodiments of the present invention is provided in FIGS. **3A** and **3B**.

Directing attention to FIG. **3A**, a controlled environment information management system, having functions and features as described in the above referenced patent applications entitled "Information Management and Movement System and Method," is shown adapted to a provide call processing platform facilitating wireless communications corresponding to that of call processing platform **110** of FIG. **1** according to an embodiment of the present invention. Specifically, controlled environment information management system **310**A, corresponding to call processing platform **210** of FIG. **2**, is deployed within controlled environment facility **100**. Although illustrated as being deployed within the controlled environment facility in FIG. **3A**, it should be appreciated that controlled environment information management systems of the present invention may be deployed in a number of configurations. For example, embodiments of the present invention provide an information management system deployed external to the controlled environment facility and having data terminals and/or other access points deployed within the controlled environment facility, as shown in FIG. **3B**. Additionally or alternatively, information management systems may be provided in a distributed topology, such as having server systems, application programs, and/or databases distributed throughout a number of geographic locals, according to embodiments of the present invention.

8

As shown in FIG. **3A**, information management system **310**A provides call processing with respect to a variety of user terminal equipment configurations. For example, user terminal equipment may include personal computers (computers **121**-**2**, **121**-M+**1**, and **325**), PDAs (PDA **324**), pagers, wireline telephones (telephones **121**-**1**, **121**-M, **121**-N), wireless telephones (cellular telephone **123**) facsimile machines, and the like, coupled through direct links, such as wireline, cable, fiber optic, etcetera, and/or indirect links, such as network **120**. In accordance with embodiments of the present invention, controlled environment information management system **310**A is adapted to include intelligence/management functionality **312** and transaction/commerce functionality **313**. Preferably, intelligence/management functionality **312** provides for collection, storage, and movement of information for managing various operational aspects of the controlled environment facility, including the management of personnel, residents, vendors, and resources. Transaction/commerce functionality **313** preferably provides for the instigation and completion of various transactions, including requesting and providing goods and services, determining credit worthiness, verifying account balance and status, and providing for payment. Additional detail with respect to operation of information management system **310**A in providing call processing and other functionality is provided in the above referenced patent application entitled "Information Management and Movement System and Method."

Referring now to FIG. **3B**, a controlled environment information management system, having functions and features as described in the above referenced patent applications entitled "Centralized Call Processing," is shown adapted to a provide call processing platform facilitating wireless communications corresponding to that of call processing platform **110** of FIG. **1** according to an embodiment of the present invention. Information management system **310**B provides call processing with respect to a variety of user terminal equipment configurations using a centralized architecture. Information management system **310**B of the illustrated embodiment is in communication with controlled environment facility **100** via network **330**. It should be appreciated that, although only a single information management system and controlled environment facility are represented in FIG. **3B**, any number of information management systems and/or controlled environment facilities may be implemented. Likewise, the configuration of information management systems and controlled environment facilities for which calling services may be provided according to the present invention is not limited to those shown in FIG. **3B**.

The illustrated embodiment of information management system **310**B disposes one or more call processing gateways, shown here as call processing gateways **341**, at or near sites for which call processing services are to be provided, here controlled environment facility **100**. Call processing gateways **341** may provide interfacing and arbitration between a number of protocols, signals, and/or interfaces. For example, preferred embodiment call processing gateways **341** provide a plurality of analog telephone line interfaces (e.g., POTS line interfaces), LAN interfaces (e.g., 100 Mbit Ethernet interface), wireless interfaces (e.g., 802.11 interface), etcetera for coupling to a plurality of user terminals, here user terminals **121**-**1** through **121**-N. Preferred embodiment call processing gateways **341** provide at least one WAN interface (e.g., T1 interface) for coupling to a data, e.g., packet switched, network, such as to facilitate the use of management terminals

**App 024**

US 8,099,080 B1

9

(e.g., workstation **321**, commerce terminal **322**, and jail application manager terminal **323**).

A plurality of call processing gateways **341** may be coupled to cooperate in providing call processing services using a network router or switch, such as router **340**. Call processing gateways **341** of the illustrated embodiment are coupled to information management system **310**B via network **330**. Correspondingly, information management system **310**B of the illustrated embodiment includes router/switch **340** coupling network **330** to various systems and components comprising information management system **310**B.

The illustrated embodiment of information management system **310**B includes a number of functional aspects, ones of which may be omitted in optional configurations, shown as various systems cooperating to provide call processing according to embodiments of the present invention. Call application management system **361**, billing system **362**, validation system **363**, unauthorized call activity detection system **364**, call treatment system **365**, call recording system **366**, and media gateway **367** may be utilized in various combinations to provide primary calling service functionality according to embodiments of the present invention. Justice application management system **371** and/or commerce system **372** of information management system **301**B may be utilized in providing enhanced functionality, such as management of the controlled environment facility and its personnel and/or residents. Additional detail with respect to operation of information management system **310**B in providing call processing and other functionality is provided in the above referenced patent application entitled "Centralized Call Processing."

Having described various call processing architectures that may be implemented according to embodiments of the present invention, attention is again directed to the more general block diagram of FIG. **2** and call processing platform **210**. In order to facilitate call processing platform **210** being placed in communication with a wireless device used by a resident thereof one or more wireless communication node is deployed in association with prison facility **100**. The illustrated embodiment shows wireless communication node **240** facilitating communication between call processing platform **210** and cellular telephone **123**.

Wireless communication node **240** may be coupled to call processing platform **210** via wireline links, wireless links, and/or any other media supporting communication as described herein. Moreover, call processing platform **210** may be disposed locally to wireless communication node **240** (such as shown in FIG. **3**A) or remotely with respect to wireless communication node **240** (such as shown in FIG. **3**B). In providing operation according to embodiments of the present invention, wireless communication node **240** may additionally be in communication with various devices and systems, such as MSO **140** and/or network **130**, such as to provide communications between cellular telephone **123** and one or more of user terminals **131-1** through **131-P**. However, communication with terminals or other systems external to prison facility **100** may be provided through call processing platform **210**, according to embodiments of the invention.

Wireless communication node **240** of embodiments of the present invention comprises a wireless base station, a wireless micro-cell, a wireless pico-cell, and/or the like. One or more such wireless communication nodes are adapted to "illuminate" (i.e., provide radio frequency (RF) signal coverage) areas of prison facility **100** accessible to prisoners, such as prison cells, common areas, workshops, dining facilities, exercise rooms, grounds, and/or the like. Accordingly, any

10

location within prison facility **100** at which a prisoner is able or likely to attempt to establish wireless communications is preferably provided suitable coverage by a wireless communication node of this embodiment.

Where wireless communication node **240** is visible in prison facility **100** it is preferably disposed in a hardened case. If wireless communication node **240** is concealed, such as in a wall cavity or utility conduit, it is preferably constructed to tolerate harsh elements and continue to function with no degradation of performance. For example, embodiments of wireless communication node **240** are designed to withstand humidity consistently greater than 80% and temperatures that consistently exceed 110 degrees. Wireless communication node **240** of embodiments utilizes a case and wiring hardened to resist animal intrusions. A preferred embodiment of wireless communication node **240** is externally powered and includes an integrated uninterrupted power supply to continue operations for 24 hours. In operation, a power loss by wireless communication node **240** is preferably recognized by call processing platform **210** within 15 minutes, and a not functioning status of wireless communication node **240** is preferably recognized by call processing platform **210** within 5 minutes. In addition to providing wireless communications with wireless communication devices, embodiments of wireless communication node **240** are preferably adapted to independently store and deliver a short menu of messages or voice prompts.

In operation according to a preferred embodiment, wireless communication devices, such as cellular telephone **123**, will preferably establish communications with wireless communication node **240** when attempting to establish wireless communications due to wireless communication node **240** being deployed to provide a best signal, being the nearest wireless access point, providing the strongest or only signal within the controlled environment facility, and/or the like. For example, although base station **140** may provide illumination of areas within prison facility **100**, wireless communication node **240** of preferred embodiments provides a stronger pilot signal, special information tone (SIT), etcetera. Accordingly, when searching for a base station or other access point through which to establish communications, cellular telephone **123** may associate with wireless communication node **240** although one or more other base stations are also candidates.

Wireless communication node **240** preferably has the radiation pattern of an antenna system thereof adapted to adequately cover desired areas within the associated controlled environment facility suitable to cause wireless communication devices to associate with the wireless communication node rather than base station **140**. For example, using multiple directional beam antenna systems, phased array antenna systems, adaptive array antenna systems, and/or the like, wireless communication node **240** may transmit and receive RF signals penetrating walls, covering multiple levels or floors, covering perimeter areas, etcetera to adequately illuminate desired areas within the controlled environment facility and facilitate wireless communications according the present invention. Such radiation patterns are preferably carefully controlled to provide the aforementioned desired coverage without illuminating areas external to prison facility **100** sufficiently to cause undesired interference or interaction with wireless devices utilized external to prison facility **100**.

Cooperation between wireless communication node **240** and call processing platform **210** according to embodiments of the invention operates to subject wireless communications passing through wireless communication node **240** to call processing by call processing platform **210**. Accordingly,

**App 025**

US 8,099,080 B1

**11**

communications terminating with a wireless communication device disposed within prison facility **100** may be controlled, monitored, recorded, redirected, interrupted, released, etcetera in accordance with the call processing platform algorithms of call processing platform **210**.

Embodiments of the present invention may operate to facilitate wireless communications in a variety of modes. An embodiment of the invention operates in a stealth mode such that a wireless device communication is completed without a party to the communication realizing the communication has been or is being handled by call processing platform **210**. Accordingly, in stealth mode various controlled environment call processing features, such as call interception, blocking calls to disallowed numbers, verifying the call is being placed to an allowed number, recording, monitoring, locating, rerouting, etcetera, may be implemented without the calling and/or called party's knowledge.

A public mode is provided according to embodiments to announce or otherwise make public that wireless communications are subject to processing, such as may include interception, blocking calls to disallowed numbers, verifying the call is being placed to an allowed number, recording, monitoring, locating, re-routing, etcetera, by call processing platform **210**. For example, call processing platform may operate to cause a message to be displayed (e.g., text and/or graphics presented on a display screen of one or more user terminal, such as a wireless device and/or a device in communication with the wireless device) or announced (e.g., playing an audio message and/or tone on one or more user terminal, such as a wireless device and/or a device in communication with the wireless device) to indicate that a device and/or communications made therewith are subject to processing by call processing platform **210**. Messages may be appended to communications made using wireless devices, such as to announce that the device is being operated in a controlled area and communications are subject to tracing, monitoring, and recording.

Additionally or alternatively, embodiments of the invention provide a conversion mode of operation wherein wireless device communications within the controlled environment are converted to operation according to other communications processed by call processing platform **210**. Accordingly, wireless devices, whether or not such wireless devices (e.g., cellular telephone **123**) are a priori known to the call processing platform **210**, may operate essentially as just another user terminal (e.g., user terminals **121-1** through **121**-N).

It should be appreciated that embodiments of the present invention may leverage the use of call processing systems already deployed for use with respect to wireline communications. For example, a wireless call may be treated using the same algorithms as a wireline call, such as to determine if the called and/or calling number is allowed, to determine if calls are allowed at the current time of day, to determine if an account is available for funding the account, to determine if the call is to be recorded, to determine if an investigator should be notified of or placed on the call, etcetera. Detail with respect to controlling calls and making call treatment determinations is provided in the above referenced patent applications entitled "Information Management and Movement System and Method," "Centralized Call Processing," "Systems and Methods for Acquiring, Accessing, and Analyzing Investigative Information," "System and Method for Remote Call Forward Detection and Treatment," "System and Method for Account Establishment and Transaction Management using Interrupt Messaging," and "Systems and Methods for Transaction Authorization Determination."

**12**

Additionally or alternatively, call processing platform **210** may implement call treatment algorithms unique to wireless communications. For example, call processing platform **210** may identify particular wireless communication devices, such as through reference to an electronic serial number (ESN), mobile identification number (MIN), electronic address (e.g., telephone number, electronic mail address, uniform resource locator (URL), interne protocol (IP) address, etcetera), and/or the like and to prevent communications using wireless devices which are not properly registered with call processing platform **210** and/or prison facility **100**.

For example, communications associated with a wireless device registered with call processing platform **210** may be allowed, but information may be required by call processing platform **210** to validate the call (e.g., identify the prisoner such as by personal identification number (PIN) or speech recognition, verify a prepaid balance is available or an account is available for billing the call to, verify that the called and/or calling numbers are on an allowed number list and/or are not on a non-allowed number list, verify that the call is being placed at an allowed time and/or from an allowed location, etcetera) using validation process **213**. Accordingly, wireless communication node **240** may initiate call control by capturing the call (whether inbound to a wireless communication device or outbound from a wireless communication device) and funneling this call to call processing platform **210** for continued call control.

Where a call is placed to a registered wireless communication device, wireless communication node **240** and/or call processing platform **210** may operate to manage the incoming call in a hold status as it checks to confirm that the called wireless communication device is registered, that the calling number is on an allowed number list or not on a non-allowed number list, that a prepaid balance or account is available for the call charges, and/or the like. For example, wireless communication node **240** and/or call processing platform **210** may communicate with validation process **213** to determine the foregoing. If the call is allowed, it will preferably complete with all features, capabilities, and functionality associated with call processing platform **210**.

Where a call is placed by a registered wireless communication device, wireless communication node **240** and/or call processing platform **210** may communicate with validation process **213** to confirm the wireless communication device is registered, the wireless communication device and/or calling party has a status as an active account (i.e. prepaid balance available or account is live), etcetera. Call processing platform **210** preferably manages the incoming call in a hold status as it checks to confirm the call originates from a terminal on an allowed number list or is not on a non-allowed number list, that a prepaid balance or account is available for the call charges, and/or the like. If the call is allowed, it will preferably complete with all features, capabilities, and functionality associated with call processing platform **210**.

It should be appreciated that although a wireless communication device is registered with call processing platform **210** and/or prison facility **100**, a call associated therewith may not be allowed to complete (i.e., all or a portion of the communication may be blocked). If all or a portion of a call is blocked, call processing platform **210** of embodiments will notify the calling and/or called party with an appropriate messages based on the circumstances. For example, an IVR unit may play one or more of the following messages as appropriate: The phone number you are calling has been deactivated; Your prepaid balance is insufficient please contact a customer service representative (or the call may be transferred to an Agent or IVR script for accepting additional

US 8,099,080 B1

13

funds); Your prepaid balance is insufficient please try a collect call; and The line is busy, please call again.

Where a call is placed to a non-registered wireless communication device, wireless communication node **240** and/or call processing platform **210** may operate to manage the incoming call in a hold status as it checks to determine that the called wireless communication device is not registered. For example, wireless communication node **240** and/or call processing platform **210** may communicate with validation process **213** to determine that the wireless communication device is not registered with call processing platform **210** and/or prison facility **100**. Wireless communication node **240** of embodiments of the invention establishes itself as a "clone" of the wireless communication device in order to terminate the call, preferably capturing call event details such as date, time of day, incoming automatic number information (ANI), dialed number information service (DNIS) information, voice sample of the calling party, and/or the like. When blocking a call to a non-registered wireless communication device, call processing platform **210** may notify the calling party and/or called party with an appropriate message based on the circumstances, such as to play one or more of the following messages: The phone you called is not registered, please advise the person you are trying to reach within ABC facility to work with the prison commissary to determine eligibility for this privilege; and A call was placed to this phone, however the phone is not registered, please contact the prison commissary to determine eligibility for wireless calling privileges.

Where a call is placed by a registered wireless communication device, wireless communication node **240** and/or call processing platform **210** may operate to manage the incoming call in a hold status as it checks to determine that the called wireless communication device is not registered. For example, wireless communication node **240** and/or call processing platform **210** may communicate with validation process **213** to determine that the wireless communication device is not registered with call processing platform **210** and/or prison facility **100**. Wireless communication node **240** of embodiments of the invention establishes itself as the base station or other access point of the wireless carrier that the wireless communication device within prison facility **100** is trying to reach to complete its call to an outside party. The call will preferably be captured/blocked and wireless communication node **240** and/or call processing platform **210** may notify the calling party with an appropriate message, such as that the phone being used is not registered and that the caller should work with the prison commissary to determine eligibility for this privilege. Wireless communication node **240** and/or call processing platform **210** preferably capture call event details such as date, time of day, incoming automatic number information (ANI), ESN, MIN, dialed number information service (DNIS) information, voice sample of the calling party, GPS information, location information derived by radio location techniques, and/or the like.

Although the foregoing embodiment has been described with reference to blocking calls associated with non-registered wireless devices, embodiments of the present invention may permit some or all non-registered wireless devices to complete wireless communications. For example, embodiments of the invention may operate to operate transparent to callers such that investigative data, in the form of recorded calls, call event details, etcetera are captured for investigative purposes. An investigator or other personnel may be notified of such communications, perhaps in real-time allowing the investigator or other personnel to monitor the communication as it is transpiring.

14

It should be appreciated that various call event details are captured by wireless communication node **240** and/or call processing platform **210** with respect to wireless communications whether the wireless communications are allowed or blocked according to embodiments of the invention. For example, information such as date, time of day, DNIS, ANI, ESN, MIN, location information, a recording of the communication, etcetera, as available, may be captured with respect to each wireless communication terminated (either inbound or outbound) within prison facility **100**. Investigative tools, such as those described in the above referenced patent applications entitled "Information Management and Movement System and Method" and "Systems and Methods for Acquiring, Accessing, and Analyzing Investigative Information," may utilize this information for robust investigative analysis and reporting.

Although embodiments described above utilize one or more wireless communication node to capture communications associated with a wireless communication device disposed in a controlled environment facility, alternative embodiments of the invention place a call processing platform operating in association with the controlled environment facility in communication with a wireless communication network access point, such as a cellular network base station. For example, call processing platform **210** may be coupled to base station **140** via MSO **142** and/or network **130**. Accordingly, where such a wireless communication network access point illuminates all or any portion of a controlled environment facility, wireless communications utilizing the network access point terminating with a resident's wireless device may be controlled in accordance with the call processing platform algorithms of call processing platform **210**. The use of wireless communication network access points in providing wireless communications with respect to controlled environment facilities according to embodiments of the invention may be in addition to or in the alternative to the use of the aforementioned wireless communication nodes.

Embodiments of the present invention operate to intercept all or substantially all communications (e.g., all communications determined to potentially pose a threat to safety and/or security) associated with wireless communication devices disposed in a controlled environment facility. Although there are a large number of wireless communications protocols, embodiments of the present invention need not implement each such wireless communication protocol with respect to a wireless communication node thereof to effectively capture communications. Specifically, many wireless communication devices are multi-mode and/or backwardly compatible with previous generation communications protocols. Accordingly, embodiments of the present invention may strategically implement various wireless communication protocols to in effect provide "lowest common denominator" communications useful in capturing communications from a maximum number of wireless communication devices. Moreover, embodiments of the present invention may actively control wireless communication devices, such as using control channel signaling, to operate using a particular protocol of a plurality of protocols available to the wireless communication device suitable for capturing as described herein.

It should be appreciated that leveraging the use of preexisting systems according to embodiments of the present invention is not limited to use of call processing systems already deployed for use with respect to wireline communications. For example, embodiments of the present invention adapt various preexisting systems to aid in locating and/or identifying wireless devices, such as non-registered wireless communication devices. Some detention facilities have

US 8,099,080 B1

15                                                                          16

begun implementing devices for detecting cellular telephones within the detention facility. However, the effectiveness of such detection devices has been limited due to their only being able to detect cellular telephones in very near proximity to the detection device when the cellular telephone is activated. Currently many detention facilities utilize radio frequency identification (RFID) bracelets to locate inmates within the facility. These bracelets are substantially permanently associated with an inmate, are tamper-resistant, and house a transmitter used to identify and locate the wearer.

Embodiments of the present invention adapt the aforementioned RFID bracelets (e.g., all the RFID bracelets or a subset of the RFID bracelets) to include a detection device suitable for detecting one or more wireless devices (e.g., such as cellular telephones, PDAs, wireless network devices, two-way pagers, press-to-talk PCS devices, etcetera). Accordingly, a detection device will be disposed in very near proximity to various inmates and thus opportunity to detect a non-registered wireless device is increased. Moreover, as the RFID bracelet is tamper resistant, the detection device is afforded protection even if its presence is known to the inmate population. A transmitter of the RFID bracelet may be leveraged to provide communication of information with respect to wireless devices detected by the detection device. Additionally or alternatively, a transmitter for use exclusively by the detection device may be utilized. Embodiments of the invention provide for a physical link between the detection device and a host system, such as to periodically download information from the detection device and/or to upload to the detection device.

Information provided by the aforementioned detection devices may be utilized according to embodiments of the present invention to optimize operation of a call processing platform with respect to wireless devices within a controlled environment facility. For example, a detection device may provide information with respect to an identity of a wireless device (e.g., an ESN, MIN, electronic address, URL, IP address, etcetera) in order for a call processing system of the present invention to provide instructions to a wireless communication network access point that call to and from the wireless device are to be processed by the call processing platform. Additionally or alternatively, a detection device may provide information with respect to the location of a wireless device in order for infrastructure, such as wireless communication network access points, wireless communication nodes, antennas, etcetera may be deployed or adjusted to intercept communications of the wireless device.

Embodiments of the invention have been described with reference to registered and non-registered wireless communication devices. Registration of wireless communication devices for use in providing wireless communications in a controlled environment facility provides several advantages. For example, a particular individual (e.g., prisoner) may be associated with a registered device for accounting, accountability, and privileges purposes. Moreover, requiring registration of wireless devices may be utilized to control the particular wireless devices used in the controlled environment facility, such as to prevent the use of certain features, technologies, etcetera.

Registration of a wireless device according to embodiments of the invention may comprises presenting a user's wireless device (or appropriate information associated therewith, such as make, model, ESN, MIN, electronic address, software version, etcetera) to appropriate personnel for entry of information into call processing platform 210. Alternatively, registration of a wireless device according to embodi-

ments of the invention may comprise a user obtaining an approved wireless communication device from a vendor approved by the controlled environment facility, such as a commissary provider.

According to embodiments of the invention, wireless communication services may continue to be offered and provided to residents of the controlled environment facility using a registered wireless communication device by the service provider after the resident leaves the controlled environment facility. Accordingly, not only may wireless communications be facilitated in association with a controlled environment facility according to the present invention, but wireless communications independent of the controlled environment facility may also be facilitated.

Although the present invention and its advantages have been described in detail, it should be understood that various changes, substitutions and alterations can be made herein without departing from the invention as defined by the appended claims. Moreover, the scope of the present application is not intended to be limited to the particular embodiments of the process, machine, manufacture, composition of matter, means, methods and steps described in the specification. As one will readily appreciate from the disclosure, processes, machines, manufacture, compositions of matter, means, methods, or steps, presently existing or later to be developed that perform substantially the same function or achieve substantially the same result as the corresponding embodiments described herein may be utilized. Accordingly, the appended claims are intended to include within their scope such processes, machines, manufacture, compositions of matter, means, methods, or steps.

What is claimed is:

**1**. A system comprising:

a call processing platform operable to communicate with a wireless node, the wireless node including an antenna system deployed in proximity to a controlled environment facility and disposed to illuminate at least a portion of said controlled environment facility, the antenna system configured to enable the controlled environment facility to monitor communications between a wireless device disposed in said controlled environment facility and another device via a first communication link, the monitoring in accordance with controlled environment call control features implemented by said call processing platform; and

a wireless-device detection device disposed in a radio frequency identification (RFID) bracelet wearable by a resident of said controlled environment facility, the wireless-device detection device distinct from the antenna system, the wireless-device detection device comprising a processor configured to:

detect a wireless device in communication with another device;

capture device identification information associated with said wireless device;

establish a second communication link to the call processing platform; and

send said device identification information to said call processing platform via the second communication link, the second communication link distinct from the first communication link, the RFID bracelet configured to provide a location of the resident within the controlled environment facility, and the call processing platform configured to associate the location of the resident with a location of the detected wireless device.

**App 028**

US 8,099,080 B1

17

**2**. The system of claim **1**, wherein said wireless node comprises a wireless communication node deployed within said controlled environment facility.

**3**. The system of claim **1**, wherein said wireless node is adapted to provide a signal causing said wireless device to establish communications with said wireless node to the exclusion of a wireless communication network access point deployed outside of said controlled environment facility.

**4**. The system of claim **1**, wherein said wireless node comprises a wireless communication network access point deployed by a wireless telecommunication service provider outside of said controlled environment facility.

**5**. The system of claim **1**, wherein said call processing platform comprises a call processing system disposed at a central location for servicing a plurality of controlled environment facilities.

**6**. The system of claim **1**, wherein said call processing platform comprises a call processing system disposed at a location of said controlled environment facility.

**7**. The system of claim **1**, wherein said controlled environment call control features comprise at least one of allowed called number analysis, blocked called number analysis, call recording, call monitoring, and investigative data collection.

**8**. The system of claim **1**, wherein said call processing platform is operable to process communications associated with said wireless device in a plurality of modes.

**9**. The system of claim **8**, wherein said plurality of modes comprises a stealth mode in which a party to the wireless communication is not made aware of processing by said call processing platform.

**10**. The system of claim **8**, wherein said plurality of modes comprises a public mode in which a party to the wireless communication is made aware of processing by said call processing platform.

**11**. The system of claim **1**, the wireless-device detection device operable to provide identification information associated with the detected wireless device to said call processing platform using a same transmitter as a transmitter of the RFID bracelet.

**12**. The system of claim **1**, the wireless-device detection device operable to provide identification information associated with the detected wireless device to said call processing platform using a transmitter different than a transmitter of the RFID bracelet.

**13**. The system of claim **1**, wherein the second communication link between the wireless-device detection device and the call processing platform is a physical link provided by a transmitter within the RFID bracelet, the physical link configured to enable a download of information from the detection device and an upload of information to the wireless-device detection device.

**14**. The system of claim **1**, wherein said controlled environment facility comprises a prison facility.

**15**. A method comprising:

deceiving, by a detection device placed in an identification tag wearable by a resident of a controlled environment facility, a wireless device being used in a wireless communication with another device;

capturing device identification information of said wireless device;

establishing, by said detection device, a first communication link to a communication processing platform and sending to said communication processing platform via a first communication link, said device identification information;

operating a wireless node to provide a second communication link, the wireless node having an antenna system

18

deployed within said controlled environment facility and disposed to illuminate at least a portion of said controlled environment facility;

monitoring the wireless communication by the controlled environment facility via said second communication link, wherein the detection device is distinct from the antenna system and the second communication link distinct from the first communication link; and

controlling at least one aspect of wireless communication using said communication processing platform in response to said receiving, said communication processing platform providing communication control features within the a controlled environment facility.

**16**. The method of claim **15**, further comprising:

deploying said wireless node within said controlled environment facility to intercept wireless communications.

**17**. The method of claim **15**, further comprising:

adapting a wireless communication system access point deployed by a wireless telecommunication service provider outside of said controlled environment facility to intercept wireless communications associated with a wireless device disposed inside of said controlled environment facility for control by said call processing platform.

**18**. The method of claim **15**, wherein said controlling at least one aspect of said wireless communication comprises:

completing said wireless communication under control of said communication processing platform.

**19**. The method of claim **18**, further comprising at least one of, under control of said communication processing platform, verifying said wireless communication is being placed to an allowed number, recording at least a portion of said wireless communication, monitoring at least a portion of said wireless communication, locating a wireless device associated with said wireless communication, and re-routing said wireless communication.

**20**. The method of claim **15**, wherein said controlling at least one aspect of said wireless communication comprises:

blocking said wireless communication under control of said communication processing platform.

**21**. The method of claim **20**, further comprising at least one of, under control of said communication processing platform, determining said wireless communication is being placed to a disallowed number, determining said communication is being placed from an unauthorized location, and determining said communication is being placed at an unauthorized time.

**22**. The method of claim **15**, wherein said controlling at least one aspect of said wireless communication is performed without notifying a party of the wireless communication.

**23**. The method of claim **15**, further comprising:

notifying a party of the wireless communication that said wireless communication is subject to control by said call control platform.

**24**. The method of claim **15**, further comprising:

receiving information regarding a location of the detected wireless device at said call processing platform via the first communication link.

**25**. The method of claim **24**, further comprising:

receiving information regarding an identification of the detected wireless device at said call processing platform via the first communication link.

**26**. The method of claim **15**, wherein said controlled environment facility comprises a prison facility.

**27**. The method of claim **26**, wherein a wireless device associated with said wireless communication comprises a cellular telephone.

**App 029**

US 8,099,080 B1

19

**28**. A method comprising:

detecting, by a detection device placed in an identification tag wearable by a resident of a prison facility, a wireless device being used in a wireless communication with another device;

capturing device identification information of said wireless device;

establishing a first communication link to a call processing platform;

sending the device identification information to the call processing platform configured to provide call security with respect to the prison facility via said first communication link between the detection device and the call processing platform;

establishing a second communication link between a wireless node and the wireless device in said prison facility, the wireless node including an antenna system deployed in proximity to the prison facility, the antenna system being distinct from the detection device, and, the first communication link being distinct from the second communication link;

intercepting a wireless communication via said second communication link an between a wireless node and the wireless device in said prison facility; and

processing said intercepted wireless communication using the call processing platform.

**29**. The method of claim **28**, further comprising:

deploying the wireless node within said prison facility to intercept cellular telephone calls.

**30**. The method of claim **29**, further comprising:

adapting said wireless node to cause cellular telephones within said prison facility to establish communications with said wireless node in lieu of establishing communications with a cellular base station deployed by a cellular telecommunication service provider outside of said prison facility.

20

**31**. The method of claim **28**, further comprising:

adapting a cellular base station deployed by a cellular telecommunication service provider outside of said prison facility to intercept cellular telephone calls associated with a cellular telephone disposed inside of said prison facility for processing by said prison facility call processing platform.

**32**. The method of claim **28**, wherein the identification tag wearable by the resident of the prison facility includes a prisoner locator bracelet.

**33**. A device comprising:

a wireless-device detection device configured to detect the operation of wireless communication devices in a controlled environment facility;

the wireless-device detection device configured to transmit data over a first communication link to a call processing platform;

the wireless-device detection device configured to provide device identification information regarding a detected wireless communication device to said call processing platform via said first communication link in response to the detected wireless communication device attempting to communicate with a wireless node via a second communication link distinct from the first communication link, the wireless node including an antenna system deployed in proximity to the controlled environment facility and configured to enable the controlled environment facility to monitor the second communication link; and

the wireless-device detection device configured to be disposed in a radio frequency identification (RFID) bracelet wearable by a resident of the controlled environment facility, the wireless-device detection device distinct from the antenna system.

\*   \*   \*   \*   \*